## M'MICKEN *vs.* BANK OF LOUISIANA.

APPEAL FROM THE COURT OF THE THIRD JUDICIAL DISTRICT, THE JUDGE OF THE EIGHTH PRESIDING.

Service of citation of appeal on the attorney of the appellee, when the latter is in the state, is insufficient, and the appeal will be dismissed.

The plaintiff appealed from a judgment dissolving an injunction which he had obtained against the bank. The sheriff served the citation and copy of the petition of appeal on the attorney of the bank, when its officers were in the state.

*Lobdell* and *Cooley,* for the appellee, moved to dismiss the appeal, on the ground that there was no legal service of the citation of appeal.

*Downs, contra.*

HAWES
*vs.*
BRYAN.

Service of citation of appeal on the attorney of the appellee, when the latter is in the state, is insufficient, and the appeal will be dismissed.

*Bullard, J.,* delivered the opinion of the court.

In this case, it appearing that the citation of appeal was served on the attorney, and not on the party himself, who was in the state, it is ordered, on motion of the appellee, that the appeal be dismissed, with costs.